IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| ROBERT L. EMEHISER, | ) | |
|---|---|---|
| Petitioner, | ) ) ) | Case No. CV-09-00024-S-BLW |
| v. | ) ) ) | **JUDGMENT** |
| JOHANNA SMITH, | ) ) | |
| Respondent. | ) ) | |

Based upon the Court's Initial Review Order filed herewith, IT IS HEREBY

ORDERED, ADJUDGED, AND DECREED that this cause of action is

DISMISSED without prejudice.

DATED: **April 22, 2009**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT - 1**